UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,

O R D E R
MDL No. 12-2389

This Order Relates to:
12 Civ. 9308

------------------------------------------X

JANIS FLEMMING,

                Plaintiff,

v.

THE NASDAQ OMX GROUP INC.,

                Defendant.

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/13

**Sweet, D.J.**

      The previous scheduling order is hereby amended as follows: Plaintiff's motion to remand, originally filed in the Southern District of Texas and dated December 11, 2012, will be heard will be heard at noon on Wednesday, April 24, 2013, in courtroom 18C. All papers will be subject to the parties' stipulation, filed on March 22, 2013 (Dkt. No. 19).

      It is so ordered.

**New York, NY**
**April 2, 2013**

                                    **ROBERT W. SWEET**
                                        U.S.D.J.