IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JANIS FLEMING | § | |
|     Plaintiff | § | CASE NO. 1:12-cv-09308-RWS |
| V. | § | |
| | § | |
| THE NASDAQ OMX GROUP, INC. and | § | |
| THE NASDAQ STOCK MARKET LLC | § | |
|     Defendants | § | |

**PLAINTIFF'S NOTICE OF WITHDRAWING MOTION TO REMAND**

1.    On December 11, 2012 Plaintiff Janis Fleming filed Plaintiff's Motion to Remand in the United States District Court Southern District of Texas, Houston Division

2.    Plaintiff Janis Fleming hereby withdraws the Motion to Remand and respectfully requests the Court to cancel the hearing on the Motion for Remand scheduled for April 24, 2013 at noon, unless the Court deems otherwise.

Date: April 12, 2013

So ordered
Sweet/USDJ
4.12.13

Respectfully submitted,

/s/ Gregory D. Brown
Gregory D. Brown
State Bar No. 24078266
Federal ID #: 1708838
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd.  Suite 4000
Houston, Texas 77056-6109
Telephone (713) 621-7944
Fax (713) 621-9638
**ATTORNEYS FOR PLAINTIFF
JANICE FLEMING**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
4/18/13

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

>  Richard E. Griffin
>  JACKSON WALKER, L.L.P.
>  1401 McKinney St., Suite 1900
>  Houston, TX  77010
>
>  William A. Slaughter
>  Ballard Spahr LLP
>  1735 Market St.
>  Philadelphia, PA  19103

/s/ Gregory D. Brown
Gregory D. Brown
